# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2014

*The Court of Appeals hereby passes the following order:*

**A15I0006. NAM JU TUNCEL v. LEVENT TUNCEL.**

Nam Ju Tuncel, defendant in the divorce action below, seeks interlocutory review of the trial court's August 5, 2014, order denying her motion to dismiss the divorce action.[1] From the materials submitted with this application, it appears that the court did not certify its order for immediate review. Nevertheless, on August 22, 2014, Tuncel filed this application for interlocutory appeal. We lack jurisdiction.

Pursuant to OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, although Tuncel may have requested a certificate of immediate review, it appears that no certificate was issued. In the absence of a certificate of immediate review, we lack jurisdiction to review the application for interlocutory appeal. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/15/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Because the challenged order is interlocutory, this appeal does not fall within the Supreme Court's jurisdiction over divorce and alimony cases. See *Egeland v. Egeland*, 279 Ga. 565 (619 SE2d 596) (2005).